```
RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED __Yes__
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _Kim Abcud_
DATE __12-23-03__
```

U. S. DISTRICT COURT FILED
FIRST DISTRICT OF MASSACHUSETTS

2003 DEC 23 P 1: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

JAMES J. CARROLL, III,
JOSEPHINE M. CARROLL,
Et als.,
        PLAINTIFFS,

vs.

JAMES J. CARROLL, JR.
BRIAN DONNELLY, SHERIFF
MICHAEL FAYE, SHERIFF,
Et als.,
THE OFFICE OF THE
MIDDLESEX SHERIFF,
Process Service Division
EVERETT MURRAY,
D/B/A TRIPLE M MOVERS
DEPARTMENT OF AUCTION
SERVICES
WESTIN HOTELS, INC.,
        DEFENDANTS,

CIVIL ACTION NO.

03-12596-RWZ

MAGISTRATE JUDGE Cohen

## COMPLAINT

This Court has juristiction over the matter under 28 U.S.C. 1332.

Now comes the plaintiffs in the encaptioned case requesting injunctive relief, a stay of sale of personal property and a proper accounting of goods held by the above named defendants and their agents.

James J. Carroll has a mailing address of Post Office Box 863 in Windham, New Hampshire, United States. (Formerly at the Massachusetts address listed hereafter)

Josephine M. Carroll has a mailing address of Post Office Box 1041 in Windham, New Hampshire 03087, United States. (Formerly of Arlington, Massachusetts, United States until she was llegally forced and locked out of her home)

James J. Carroll, Jr. has an address of 120 Great Road in Bedford, Massachusetts, 01730 in the United States. James J. Carroll, Jr. is a former spouse of Josephine Carroll, divorced 14 years and estranged from his adult son James J. Carroll, III.

Deputy Sheriff Brian Donnelly and Deputy Sheriff Michael Faye have a business address of 160 Cambridge Street Cambridge Massachusetts 02141, In the United States.

Everett Murray, d/b/a Triple M. Movers has an address of 297 Torrey Street Brockton, Massachusetts 02301 in the United States. Auction Services is in Arlington Massachusetts the same town where the thefts and abuses arose. The address has not been ascertained, but service (ALBERT BALYOSIAN 154 HIGHLAND AVE ARLINGTON, MA.) will be made both through the Office of the Middlesex Sheriff and Westin Hotels, Inc. Westin Hotels, Inc. has a business address of 70 Third Avenue Waltham, Massachusetts 02451, United States.

## FACTS

The plaintiffs are agrieved by posting of sale of auctioned goods said to be seized by the office of the sheriff to be held on Saturday August 27, 2003.

On August 5, 2002 the plaintiffs were attacked in their residence at 7 Oldham Road Arlington, Massachusetts. At least four members of the Office of the Middlesex Sheriff forcibly gained

entry and attacked the plaintiffs, with a locksmith and movers battering them and holding them up at gun point, while threatening them with arrest; deadly force and unlawful incarceration.

The Plaintiff was formerly illegally arrested by Sheriff Donnelly after admitting to receiving a bribe and acting on falsified Court Orders when Sheriff Donnelly has no statutory powers of arrest. On restraining orders. The event ended in serious Personal debilitating injuries and loss to the plaintiff James J. Carroll, III whereby the sheriff attempted to kidnap Josephine Carroll, now age 74 with a heart condition as well. His attempts were blocked by State Police and Arlington Police who were called and responded with guns drawn. The plaintiffs assert that their fundament rights under the United States Constitution, their civil rights and rights secured under the Bill of Rights were violated.

Successive criminal acts of Stalking and Criminal

Harassment have been ongoing and have escalated culminating into the foregoing event. The defendants namely James J. Carroll, Jr. with Sheriff Brian Donnelly and counsellors for James J. Carroll, Jr. involved in this scheme have been repeatedly caught in fraud before the courts and other forums.

The sheriffs with James J. Carroll, Jr. a disgruntled ex-spouse of Josephine Carroll claimed a legal right of eviction. Notice was applied to the door at 2:30 a.m. on a Saturday morning tripping an alarm as a car sped off on a private way marked "No Trespassing".

All of this occurred without notice or hearings or arrangements which are customary which emphasizes an intentional lack of due process of law. Collectively a strategy involving false documents to make an appearance of lawful activities underlies this catastrophic event.

Many examples of proof exist.

These actions and events caused massive losses and hardships to Josephine Carroll 14 years after a divorce. Josephine Carroll was left without shelter food or clothes as well as medication necessary for survival. The traumatic events could have fatally impacted her with a heart condition. James J. Carroll, III who has not been named in any action along with other impacted parties also had all of his clothes, personal possessions and valuables taken by force when the plaintiff James J. Carroll, III has been maintaining the home and support of his mother whereby James J. Carroll, Jr. has not support the plaintiff for 14 years per court orders, while causing any available loss and increase in expense.

An extremely lacking accounting of 3 pages was received from defendant Triple M. An admission of Everett Murray defendant, was made that he possessed an excessive amount of property from 7 Oldham Road Arlington, Massachusetts which he

admitted took two days to remove. Everett Murray alleged he took property 50 miles away to Stoughton, Massachusetts close to the home of one of the attorneys caught in Fraud with the defendant James J. Carroll, Jr. and before Massachusetts Superior Court. Property has been seized, converted and stolen without parties who held title and interest being under legal detriment or being sued or notified.

A long convoluted history exists that involves : public records fraud; forgeries; abuse of process and malicious prosecution; civil rights violations; constitutional rights violations; the VAWA ACT; credit card fraud; title fraud; auto title fraud; and mortgage fraud on National Banks and theft under United States Law.

Crimes also include Identity Theft through use of the Middlesex Sheriff and other means reported to the United States Secret Service arising out of the alleged eviction. In the course of these events

there are crimes against the U.S. Treasury, mail fraud, money laundering, conversion and theft as well as Forgery and armed home invasions, all federal offenses. Triple M as a Mover under federal transportation Statutes and juristiction of the United States Commercial Code has been an active and willing participant in these crimes. A paper trail on many issues leads to primarily James J. Carroll, Jr. on many events. Actions are not limited to this defendant as the other named defendants not only were active participants but refused to release items on several occassions making various excuses and attempting to extort sizeable sums of money in the thousands. Refusal to release said property into the possession of the plaintiffs includes the initial time of seizure as required under Massachusetts Law M.G.L. 239 section 4, under normal eviction proceedings.

Many priceless items were taken from 7 Oldham Road Arlington and the plaintiffs as are noted in an

advertisement of sale by Auction Services through the sheriff in conjunction with Auction Services and the Westin Hotels, Inc. Article from Boston Globe given as exhibit.

Complaint was made in writing and by telephone to Special Sheriff Edward Burns. A classic auto was also stolen; (1) 1969 Gold Plymouth Satellite Coupe with a black vinyl roof. Vintage number and prior registration available. No state law or town by law was followed as to procedure through police when removing any vehicle in town. Attempts to report these items as stolen property have been blocked by Arlington police who refuse to write reports. Arlington Police have a proven history of collusion with the defendant James J. Carroll, Jr. who has paid the officers for unlawful details to help him break into the home of the plaintiffs against prohibitions of Town Counsel John Maher and Federal and State Laws. A complaint was filed for Such an event on February 20, 2002 and June of

2002.

Complaints and events have been ongoing. There is a history of scandal, assaults and thefts that involve Arlington Police with other entities in Arlington, Massachusetts. Many abuses and events that involve the plaintiffs and Arlington Police who have private agendas have been witnessed by other Arlington residents.

The plaintiffs have sought redress at the State Level being denied Due Process Equal Access and Equal Protection through the Courts due in part to actions of the defendant James J. Carroll, Jr. and his counsel.

The plaintiffs have recently retained counsel who concurs with their position. Due to the holidays counsel is currently away.

The plaintiffs are concerned about irreparable harm, losses and the inability to recover items that were taken illegally.

Therefore, the plaintiffs request that the defendants be enjoined from any sale, disposal or conversion of their assets by any means until matters can be addressed appropriately by counsel. Requests have been made to view and account for property held by the Middlesex Sheriff, Everett Murray, d/b/a/ Triple M, James J. Carroll, Jr. and Auction Services and all requests have been denied. Many events may be considered elements of RICO and violations of other Federal Statutes.

Wherefore, the Plaintiffs jointly and severally Pray that the Honorable U.S. District Court grant them relief by way of Stay of Sale and Injunction. A protective order to preserve the rights and interests of the plaintiffs including a stay away Order from 7 Oldham Road in Arlington, Massachusetts; Return of their property. Said requests for relief will not irreparably harm any party.

James J. Carroll, III
P.O. Box 863
Windham, N.H. 03087

Josephine M. Carroll
P.O. Box 1041
Windham, N.H. 03087