U.S. DISTRICT COURT
FIRST DISTRICT OF MASSACHUSETTS

JAMES J. CARROLL, III
JOSEPHINE M. CARROLL
ET ALS.,
    PLAINTIFFS,

CA NO.

FILED
IN CLERKS OFFICE
2003 DEC 23 P 1:38
U.S. DISTRICT COURT
DISTRICT OF MASS.

VS

JAMES J. CARROLL, JR.
BRIAN DONNELLY, SHERIFF
MICHAEL FAYE, SHERIFF
ET, ALS.,
THE OFFICE OF THE MIDDLESEX SHERIFF
PROCESS SERVICE DIVISION
EVERETT MURRAY
D/B/A TRIPLE M. MOVERS
DEPARTMENT OF AUCTION SERVICES
WESTIN HOTELS, INC.
    DEFENDANTS.

> The motion for a restraining order is denied because plaintiffs have adduced no evidence that any of their belongings will be auctioned.
> Rya W. Zobel. 12/23/03

**03-12596RWZ**

RESTRAINING ORDER
TO
PRECLUDE AUCTION
AND SALE OF STOLEN
PROPERTY OWNED
BY PLAINTIFFS

NOW COMES THE PLAINTIFFS REQUESTING RELIEF BY IMPOSING RESTRAINT AGAINST ALL NAMED DEFENDANTS AND THEIR AGENTS FROM DISPOSING AUCTIONING OR CONVERTING ANY PROPERTY SEIZED FROM 70 OLDHAM ROAD ARLINGTON, MASSACHUSETTS, UNITED STATES. THE PLAINTIFFS REQUEST THAT THE DEFENDANTS CEASE AND DESIST FROM ENTERTAINING AN AUCTION PUBLICIZED IN BOSTON GLOBE TO BE HELD ON ~~SATURDAY DECEMBER~~ 27TH, 2003. DUE TO DESCRIPTIONS OF PROPERTY IN THE ADVERTISEMENT, THE PLAINTIFFS NAMED HEREIN HAVE GOOD REASON TO

RESTRAINING ORDER CA NO.

BELIEVE THAT THEY ARE THE TRUE OWNERS OF THE PROPERTY THAT WAS TAKEN BY FORCE FRAUD AND ROBBERY.

THE PLAINTIFFS REINCORPORATE ISSUES RAISED IN THEIR COMPLAINT AND FEAR EMMINENT IRREPARABLE LOSS OF HEIRLOOMS AND OTHER IRREPLACEABLE ITEMS WHICH WILL BE LOST WITHOUT JUDICIAL INTERVENTION AND AN ACCOUNTING WHICH PROPERLY STATES ALL PROPERTY TAKEN WITHOUT LEGAL RIGHT.

IT IS ORDERED:

James J Carroll pro se
James J Carroll, III
P.O. Box 863
Windham, N.H. 03087

2-2